IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN RAYMOND O'QUINN,

    Plaintiff,

vs.                                                     4:97cv85-WS

DAVID HARVEY,

    Defendant.

_____/

## ORDER

After hearing, it is expected that the parties will present a proposed order to the court to resolve Plaintiff's motion to compel. Doc. 69. The proposed order will require Defendant to submit the names and addresses of the prisoners at issue to the court *in camera*, and the court will order that the Clerk give notice to these prisoners or former prisoners at their last known addresses and provide a reasonable period for them to file objections to disclosure of their medical records. If the prisoners do not show good cause for keeping their records confidential within the period allowed, Defendant shall produce for inspection and copying the

ENTERED ON DOCKET 7-29-98 BY _____
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP]
Copies mailed to: _____

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE FLA.

98 JUL 28 AM 9: 52

FILED
-75-

records previously produced but without the names redacted. Accordingly, it is

**ORDERED** that Plaintiff's motion, doc. 69, is **MOOT**.

**DONE AND ORDERED** this 28th day of July, 1998.

*[signature]*
WILLIAM C. SHERRILL, JR.
**UNITED STATES MAGISTRATE JUDGE**