IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN RAYMOND O'QUINN,

    Plaintiff,

vs.                                       4:97cv85-WS

DAVID HARVEY,

    Defendant.
_____/

## ORDER

A civil case is pending in this court. Plaintiff, Alvin Raymond O'Quinn, seeks to discover complaints made by current and former prisoners concerning health care provided to them while staying at the Wakulla County Jail. The court has been advised in confidence by the Jail (Plaintiff has not been so advised) that you and other prisoners made complaints about the medical care you received while at the jail. This order is entered to give you notice, as required by Florida Statutes § 945.10(1)(a) and (2), and 455.667(5), of this pending request and to give you an opportunity, if you wish, to object to having your Jail medical records seen and copied by Plaintiff, or used as evidence in this case by either party.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST..FLA.
TALLAHASSEE, FLA.

98 AUG 25 PM 2: 23

FILED

79

Accordingly, it is **ORDERED** that:

1. You may, if you wish, file written objections to disclosure of your name and your medical records in this case on or before **September 5, 1998.** If you file objections, the court will consider them in determining whether to release these records. If you do not file objections, the court will release the records to Plaintiff for use in this case.

2. The Clerk is directed to send a copy of this order to each of the four persons named in the letter of August 19, 1998, from William R. Waters, Jr., and to file that letter in this case **under seal.**

3. The Clerk is directed to file any objections which may be received from these four persons **under seal.**

4. The Clerk shall return this file to me on September 8, 1998, for purposes of reviewing objections, if any, and ruling upon the pending motions.

**DONE AND ORDERED** this 25th day of August, 1998.

_____
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE